*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

JOSEPH CARLOMAGNO, Respondent, v. NICHOLAS COOK and JOHN HOWARD, Appellants.— Application denied, with ten dollars costs.

JOHN J. HAUFF, Respondent, v. MAX KALMANOR, Appellant.— Application denied, with ten dollars costs.

ROBERT GAIR COMPANY, Respondent, v. THE G. H. HARRIS COMPANY, Appellant.— Application denied, with ten dollars costs.

MAE SCULLY, Respondent, v. HENRY J. PAULSEN and Another, Appellants.— Application granted.

WILLIS VAN VALKENBURGH, Plaintiff, v. JAMES C. BISHOP, Defendant. — Application denied, with ten dollars costs.

HENRY WEIR, Respondent, v. MARGARET HOLLAND, Appellant.— Application denied, with ten dollars costs.